**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1842

SHARON L. SAUNDERS,

Plaintiff - Appellant,

versus

ILA LOCAL 1970,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (CA-02-795-2)

Submitted:  January 30, 2004      Decided:  February 13, 2004

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Raymond Simonsen, Jr., Richmond, Virginia, for Appellant. Charles S. Montagna, MONTAGNA, BREIT, KLEIN & CAMDEN, L.L.P., Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sharon L. Saunders appeals the district court's orders granting summary judgment to Defendant in this Title VII action and denying Saunders' motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Saunders v. ILA Local 1970, No. CA-02-795-2 (E.D. Va. filed June 5, 2003; entered June 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED